IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| JAMEL HUGGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 1:06-0025 |
| | ) | JUDGE HAYNES |
| CHERRY LINDAMOOD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation, recommending that the Defendants' motion to dismiss (Docket Entry No. 16) be granted. Plaintiff has not filed any objections within the time required by Fed. R. Civ. P. 72(b).

Upon de novo review, the Court **ADOPTS** the Report and Recommendation and the Defendants' motion to dismiss (Docket Entry No. 16) is **GRANTED**.

This action is **DISMISSED** without prejudice.

This is the Final Order in this action. Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

It is so **ORDERED**.

ENTERED this the 14th day of August, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge